SEAN P. SULLIVAN, ESQ.
SEAN P. SULLIVAN, PC
Nevada Bar No. 4768
400 S. Fourth Street, #280
Las Vegas, Nevada 89101
(702) 385-7270
(702) 385-7282 - fax
SEANSULLIVANPC@yahoo.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

* * * * *

UNITED STATES OF AMERICA,  )
            ) 2:21-CR-00268-JCM-NJK
        Plaintiff,  )
            )
vs.         )
            )
ANNELEISA GAIL MCDONALD,   )
            )
        Defendant.  )

**SUBSTITUTION OF ATTORNEYS**

I, ANNELEISA GAIL MCDONALD, Defendant, hereby substitute Sean P. Sullivan, Esq. in the place and stead of David T. Brown, Esq.

DATED this 24th day of October, 2024.

ANNELEISA GAIL MCDONALD

I hereby consent to the above substitution.

DATED this 24th day of October, 2024.

BY: _____
DAVID T. BROWN, ESQ.
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101

1

I am duly admitted to practice in this District.

Above substitution accepted.

DATED this 24th day of October, 2024.

SEAN P. SULLIVAN, PC

*[signature]*

Sean P. Sullivan, Esq.
400 S. Fourth Street, #280
Las Vegas, Nevada 89101

__X__ Retained, or _____ Appointed by the Court

Approved:

DATED November 15, 2024.

*[signature]*

UNITED STATES DISTRICT JUDGE

2